IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEANIE M. ANDERSON

    Plaintiff,

                                      Case No.: 19-cv-47

v.

LANDS' END, INC.

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Jeanie M. Anderson, and Defendant, Lands' End, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: April 16, 2019

                          HAWKS QUINDEL, S.C.
                        *Attorneys for Plaintiff, Jeanie M. Anderson*

                        By: */s/ Amanda M. Kuklinski*
                        Aaron N. Halstead, State Bar No. 1001507
                        Email: ahalstead@hq-law.com
                        Amanda M. Kuklinski, State Bar No. 1090506
                        Email: akuklinski@hq-law.com
                        409 East Main Street
                        Post Office Box 2155
                        Madison, Wisconsin 53701-2155
                        Telephone: (608) 257-0040
                        Facsimile: (608) 256-0236

HUSCH BLACKWELL LLP
*Attorneys for Defendant, Lands' End, Inc.*


By:   */s/ William E. Hughes*
William E. Hughes, State Bar No. 1014965
Email: William.Hughes@huschblackwell.com
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 273-2100
Facsimile: (414) 223-5000